# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00318-CV

**Texas Education Agency, State Board for Educator Certification, Mike Morath and Emily Garcia, Appellants**

**v.**

**A+ Texas Teachers (d/b/a Texas Teachers of Tomorrow), Appellee**

---

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-23-001504
THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellee A+ Texas Teachers has filed an agreed motion to dismiss this appeal. We grant appellee's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellee's Motion

Filed: October 11, 2024